Charles F. Robinson (SBN 113197)
charles.robinson@ucop.edu
Margaret L. Wu (SBN 184167)
margaret.wu@ucop.edu
Allison M. Woodall (SBN 178533)
allison.woodall@ucop.edu
Sonya U. Sanchez (SBN 247541)
sonya.sanchez@ucop.edu
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone:  510.987.9800

Jennifer S. Romano (SBN 195953)
jromano@crowell.com
Emily T. Kuwahara (SBN 252411)
ekuwahara@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone:  213.622.4750

(Additional counsel listed on signature page)

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 3:20-cv-04621<br><br>**PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME RE: MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; DECLARATION OF JENNIFER S. ROMANO IN SUPPORT THEREOF**<br><br>[Civil L.R. 6-3]<br><br>Complaint filed:  July 10, 2020 |

Plaintiff The Regents of the University of California ("The Regents") hereby moves pursuant to Civil Local Rule 6-3 for an Order Shortening Time for the Court to hear The Regents' concurrently filed *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("TRO Motion") to enjoin Defendants United States Department of Homeland Security, Acting Secretary of Department of Homeland Security Chad F. Wolf, United States Immigration and Customs Enforcement, and Acting Director of U.S. Immigration and Customs Enforcement Matthew Albence (collectively, "Defendants") from implementing their July 6, 2020, memorandum (the "July 6 Directive"), which announced, *inter alia*, that "schools adopting a hybrid model – that is, a mixture of online and in person classes –" must by August 4, 2020, certify to SEVP for each F-1 visa student attending such school that, among other things, "the student is not taking an entirely online course load for the fall 2020 semester, and that the student is taking the minimum number of online classes required to make normal progress in their degree program." Students for whom the school cannot so certify "must leave the country or take alternate steps to maintain their nonimmigrant status such as transfer to a school with in-person instruction . . . .." ("the Directive"). *See* Decl. of Jennifer S. Romano in Support of *Ex Parte* Motion to Shorten Time, at ¶ 2. Due to the exigent circumstances created by Defendants' Directive, which has immediate effect on universities and their students, The Regents has suffered and will continue to suffer serious and irreparable injury that can only be redressed by the relief sought in the TRO Motion. *Id*. at ¶ 3. Accordingly, The Regents respectfully requests that the TRO Motion be heard by the Court on July 14, 2020, or the soonest date thereafter as the Court may be available.

As set forth in the concurrently filed Declaration of Jennifer S. Romano and detailed in the materials submitted in support of The Regents' TRO Motion, The Regents respectfully maintains that all of the requirements of Civil Local Rule 6-3 have been met.

1. <u>Reasons for Requested Shortening of Time</u>.

As detailed in the materials submitted in support of The Regents' TRO Motion, immediate relief is necessary to prevent substantial and irreparable damage to The Regents' academic community, including the immediate loss of valued international students and the erosion of any

gains made to date in protecting its community from an even higher rate of transmission of the potentially deadly COVID-19 virus. *Id*. at ¶ 3. The Directive creates economic harm to the University, the communities it serves and will prevent it from carrying out planned infrastructure and capital improvements to its campus facilities. *Id*.

2. <u>Efforts Made to Obtain Stipulation</u>.

On July 10, 2020, The Regents served Defendants with the summons, complaint, TRO Motion, and its supporting papers filed in this matter. *Id*. at ¶ 2. In addition, in-house counsel for Plaintiff, Margaret Wu, reached out with counsel for the California Attorney General's Office, Lee Sherman, to counsel for the Defendants, Rayford Farquhar, to advise counsel for the Defendants of Plaintiff's impending complaint and TRO Motion, and proposed a briefing schedule for the Court to hear The Regents' TRO Motion on an expedited basis. *Id*. at ¶ 5. Ms. Wu was unable to reach an agreement or enter into a stipulation with Defendants to shorten time. *Id*.

3. <u>Substantial Harm Will Occur if the Court Does Not Shorten Time</u>.

As detailed in the TRO Motion, if the Directive is implemented, the University will suffer: international students integral to the university experience will be lost; international students' contributions to the University's financial stability and the local economy will be lost; and gains in public safety could be eliminated if schools are forced to reopen prematurely. *Id*. at ¶ 2.

Normally, 35 days are required between the filing of a motion and the hearing. Civil L.R. 7-2(a). If the Court does not shorten the time for hearing to less than 35 days and set a hearing date for July 14, 2020, or as soon thereafter as possible, The Regents will be forced to comply with an administrative policy that it contends is in violation of the Administrative Procedures Act and therefore unlawful. *Id*. at ¶ 4. In particular, The Regents will have to either consider revising plans to conduct courses in person rather than online as planned in contravention of the advice of health experts or inform thousands of international students that they may not attend courses at the University of California this fall in accordance with the Directive of ICE. *Id*. The date of mandatory orientation and check-in for students planning to attend Berkeley this fall is August 19, 2020, less than a week after the earliest hearing date under a standard briefing schedule. *Id*. By

then, it will be too late to revise the curricula or provide reasonable notice to students that they will be expected to attend classes in person rather than online. *Id*.

4. <u>The Underlying Disputes That Would Be Resolved in the Motion</u>.

Plaintiff so moves, on the basis that it will demonstrate that (1) it is likely to succeed on the merits of its claims under the Administrative Procedure Act ("APA"); (2) Plaintiff and its students, including its international students who are in the United States on the nonimmigrant student visa known as the "F-1" visa, are likely to suffer irreparable harm in the absence of preliminary relief; and (3) the balance of equities and the public interest weigh heavily in favor of returning to the status quo existing prior to the issuance of the Directive. Plaintiff's Motion is based upon the currently available administrative record, the declarations and exhibits submitted in support of this Motion, and on such further evidence and argument as the Court may consider at the hearing on this Motion.

5. <u>Prior Extension</u>.

There have been no prior extensions requested—by stipulation or otherwise—in this case. *Id*. at ¶ 6.

6. <u>Effect on Schedule.</u>

If granted, the requested extension will have no effect on the schedule. *Id*. at ¶ 6. The Regents filed its complaint on July 10, 2020, the same day as its *Ex Parte* Motion for Temporary Restraining Order and an Order to Show Cause re: Preliminary Injunction and the present Motion for an Order Shortening Time. *Id*. Nor has this Court issued its Order Setting Initial Case Management Conference, per Civil L.R. 16-2. *Id*.

Dated: July 10, 2020

Respectfully submitted,

CROWELL & MORING LLP

By: */s/ Jennifer S. Romano*
    Jennifer S. Romano (SBN 195953)
    jromano@crowell.com
    Emily T. Kuwahara (SBN 252411)
    ekuwahara@crowell.com
    Crowell & Moring LLP
    515 South Flower Street, 40th Floor
    Los Angeles, California 90071
    Telephone: 213.622.4750

Charles F. Robinson (SBN 113197)
charles.robinson@ucop.edu
Margaret L. Wu (SBN 184167)
margaret.wu@ucop.edu
Allison M. Woodall (SBN 178533)
Allison.woodall@ucop.edu
Sonya U. Sanchez (SBN 247541)
sonya.sanchez@ucop.edu
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: 510.987.9800

Molly A. Jones (SBN 301419)
mojones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800

Thomas A. Lorenzen (*pro hac vice* forthcoming)
tlorenzen@crowell.com
Daniel W. Wolff (*pro hac vice* forthcoming)
dwolff@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2500

*Attorneys for Plaintiff*
*THE REGENTS OF THE UNIVERSITY OF CALIFORNIA*

## DECLARATION OF JENNIFER S. ROMANO

I, Jennifer S. Romano, declare as follows:

1. I am a partner at Crowell & Moring LLP, counsel for Plaintiff The Regents of the University of California ("The Regents"). I make this declaration in support of The Regents' Motion for an Order Shortening Time (the "Motion") re: Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (the "TRO Motion"). I have firsthand knowledge of the facts set forth in this declaration and could and would competently testify thereto if called upon to do so.

2. On July 10, 2020, The Regents served Defendants with the summons and complaint filed in this matter, as well as a Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("TRO Motion") to enjoin Defendants United States Department of Homeland Security, Acting Secretary of Department of Homeland Security Chad F. Wolf, United States Immigration and Customs Enforcement, and Acting Director of U.S. Immigration and Customs Enforcement Matthew Albence (collectively, "Defendants") from implementing their July 6, 2020, memorandum and news release, which announced, *inter alia*, that "schools adopting a hybrid model – that is, a mixture of online and in person classes –" must by August 4, 2020, certify to SEVP for each F-1 visa student attending such school that, among other things, "the student is not taking an entirely online course load for the fall 2020 semester, and that the student is taking the minimum number of online classes required to make normal progress in their degree program." Students for whom the school cannot so certify "must leave the country or take alternate steps to maintain their nonimmigrant status such as transfer to a school with in-person instruction . . . .." ("the Directive").

3. The Regents contends that due to the exigent circumstances created by Defendants' Directive, which has immediate effect on universities and their students, The Regents has suffered and will continue to suffer serious and irreparable injury that can only be redressed by the relief sought in the TRO Motion. As detailed in the materials submitted in support of The Regents' TRO Motion, The Regents contends that immediate relief is necessary to prevent substantial and irreparable damage to The Regents' academic community, including the

-6-

PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME
CASE NO. 3:20-CV-04621

CROWELL & MORING LLP
ATTORNEYS AT LAW

immediate loss of valued international students and the erosion of any gains made to date in protecting its community from an even higher rate of transmission of the potentially deadly COVID-19 virus. The Regents contends that the Directive creates economic harm to the University, the communities it serves and will prevent it from carrying out planned infrastructure and capital improvements to its campus facilities.

4. If the Court does not shorten the time for hearing to less than 35 days and set a hearing date for July 14, 2020, or as soon thereafter as possible, The Regents will be forced to comply with an administrative policy that it contends is in violation of the Administrative Procedures Act and therefore unlawful. In particular, The Regents contends that it will have to either consider revising plans to conduct courses in person rather than online as planned in contravention of the advice of health experts or inform thousands of international students that they may not attend courses at the University of California this fall in accordance with the Directive of ICE. On information and belief, the date of mandatory orientation and check-in for students planning to attend Berkeley this fall is August 19, 2020, less than a week after the earliest hearing date under a standard briefing schedule. By then, The Regents contends it will be too late to revise the curricula or provide reasonable notice to students that they will be expected to attend classes in person rather than online.

5. On information and belief, on July 10, 2020, in-house counsel for Plaintiff, Margaret Wu, reached out with counsel for the California Attorney General's Office, Lee Sherman, to counsel for the Defendants, Rayford Farquhar, to advise counsel for the Defendants of Plaintiff's impending complaint and TRO Motion, and to proposed a briefing schedule for the Court to hear The Regents' TRO Motion on an expedited basis. Ms. Wu was unable to reach an agreement or enter into a stipulation with Defendants to shorten time.

6. There have been no prior extensions requested—by stipulation or otherwise—in this case. If granted, the requested extension will have no effect on the schedule. Nor has this Court issued its Order Setting Initial Case Management Conference, per Civil L.R. 16-2.

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 10th day of July, 2020 at Los Angeles, California.

                                        */s/ Jennifer S. Romano*
                                         Jennifer S. Romano