Jennifer S. Romano (SBN 195953)
jromano@crowell.com
Emily T. Kuwahara (SBN 252411)
ekuwahara@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750

A. Marisa Chun (SBN 160351)
mchun@crowell.com
Molly A. Jones (SBN 301419)
mojones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800

Thomas A. Lorenzen (*pro hac vice* forthcoming)
tlorenzen@crowell.com
Daniel W. Wolff (*pro hac vice* forthcoming)
dwolff@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2500

Charles F. Robinson (SBN 113197)
charles.robinson@ucop.edu
Margaret L. Wu (SBN 184167)
margaret.wu@ucop.edu
Allison M. Woodall (SBN 178533)
allison.woodall@ucop.edu
Sonya U. Sanchez (SBN 247541)
sonya.sanchez@ucop.edu
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: 510.987.9800

*Attorneys for Plaintiff*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 3:20-cv-04621-JSW<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>*Civ. L.R. 3-13*<br><br>Complaint filed: July 10, 2020 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING;
CASE NO. 3:20-CV-04621-JSW

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in accordance with Civil Local Rule 3-13, Plaintiff The Regents of the University of California ("Plaintiff" or "The Regents") hereby provides notice that the action captioned *The State of California v. U.S. Department of Homeland Security et al.*, Case No. 3:20-cv-04592-JST (N.D. Cal.), pending in this United States District Court for the Northern District of California, Oakland Division, before Judge Jon S. Tigar (the "State of California action"), involves all or a material part of the same subject matter and all or substantially all of the same parties as the above-captioned action.

Specifically, in both the above-captioned action and the State of California action, the respective plaintiffs, on behalf of California public universities, seek to stop defendants the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Acting Secretary of the United States Department of Homeland Security Chad F. Wolf, and Acting Director of U.S. Immigration and Customs Enforcement Matthew Albence from implementing a rescission or modification of the COVID-19 related-exemptions to 8 C.F.R. § 214.2(f)(6)(i)(G) on in-person learning requirements for nonimmigrant students who are studying in this country pursuant to F-1 visas, which was announced by Defendants on July 6, 2020 ("the Directive"). Both actions allege violations of the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 553, 706. The plaintiffs in both cases allege the same or similar injury to their public universities. Both actions involve the same defendants and the same primary event. As such, if this action and the State of California action were conducted before different Judges in this District, it appears likely that there will be an unduly burdensome duplication of labor and expense and/or conflicting results. *See* Civ. L.R. 3-12(a)(2). Plaintiff therefore believes that under Local Rule 3-12(a), this action is related to the State of California action; accordingly, on July 13, 2020, Plaintiff is filing an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12(b) in the State of California action.

In addition, pursuant to Civil Local Rule 3-13, Plaintiff also provides notice that the following additional actions, filed in other District Courts, raise challenges to the Directive under the Administrative Procedure Act: *President and Fellows of Harvard College v. U.S. Department*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING;
CASE NO. 3:20-CV-04621-JSW

*of Homeland Security et al.*, Case No. 1:20-cv-11283-ADB (D. Mass.), pending in the United States District Court for the District of Massachusetts, before Judge Allison D. Burroughs (the "Harvard action"); *Z.W. et al.. v. U.S. Department of Homeland Security et al.*, Case No. 8:20-cv-01220 (C.D. Cal.), pending in the United States District Court for the Central District of California, before Judge Cormac Carney (the "Individual Students action"); and *Johns Hopkins University v. U.S. Department of Homeland Security et al.*, Case No. 1:20-cv-01873 (D. D.C.), pending in the United States District Court for the District of Columbia (the "Johns Hopkins action").

Plaintiff does not believe that any transfer to another U.S. District Court is appropriate pursuant to 28 U.S.C. §1407. Pursuant to the Multidistrict Litigation statute, when civil actions involving one or more common questions of fact are pending in different districts -- such as numerous consumer class actions or massive product liability cases involving the same product -- such actions may be transferred to another district for coordinated or consolidated pretrial proceedings. This and the other noted cases arise under the Administrative Procedure Act, and the courts' review will be limited to the administrative record. No further factual development involving common questions of fact will be necessary. Transfer pursuant to 28 U.S.C. §1407(a) would therefore be inappropriate.

Dated: July 13, 2020                Respectfully submitted,

                                    CROWELL & MORING LLP

                                    By: */s/ Jennifer S. Romano*
                                        Jennifer S. Romano
                                        Attorneys for Plaintiff
                                        THE REGENTS OF THE UNIVERSITY OF CALIFORNIA