| | |
|---|---|
| Jennifer S. Romano (SBN 195953)<br>jromano@crowell.com<br>Emily T. Kuwahara (SBN 252411)<br>ekuwahara@crowell.com<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, California 90071<br>Telephone: 213.622.4750<br><br>A. Marisa Chun (SBN 160351)<br>mchun@crowell.com<br>Molly A. Jones (SBN 301419)<br>mojones@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: 415.986.2800<br><br>Thomas A. Lorenzen (*pro hac vice* forthcoming)<br>tlorenzen@crowell.com<br>Daniel W. Wolff (*pro hac vice* forthcoming)<br>dwolff@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Telephone: 202.624.2500 | Charles F. Robinson (SBN 113197)<br>charles.robinson@ucop.edu<br>Margaret L. Wu (SBN 184167)<br>margaret.wu@ucop.edu<br>Allison M. Woodall (SBN 178533)<br>allison.woodall@ucop.edu<br>Sonya U. Sanchez (SBN 247541)<br>sonya.sanchez@ucop.edu<br>UNIVERSITY OF CALIFORNIA<br>OFFICE OF THE GENERAL COUNSEL<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200<br>Telephone: 510.987.9800 |

*Attorneys for Plaintiff*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 3:20-cv-04621-JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed: July 10, 2020 |

# CERTIFICATE OF SERVICE

I, Katarina Castillo, state:

My business address is 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

| Docket No. | Description |
|---|---|
| [1] | **COMPLAINT** |
| [1-1] | **CIVIL CASE COVER SHEET** |
| [2] | **SUMMONS ISSUED AS TO:  U.S. Department of Homeland Security, Office of the General Counsel, MS 0485, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528-0525** |
| [3] | **FEDERAL RULE OF CIVIL PROCEDURE 7.1  DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| [4] | **PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| [4-1] | **DECLARATION OF DAVID ALCOCER** |
| [4-2] | **DECLARATION OF MICHAEL BECK** |
| [4-3] | **DECLARATION OF DR. CARRIE L. BYINGTON** |
| [4-4] | **DECLARATION OF CHANCELLOR CAROL T. CHRIST** |
| [4-5] | **EXHIBIT A – CHRIST DECLARATION** |
| [4-6] | **EXHIBIT B – CHRIST DECLARATION** |
| [4-7] | **DECLARATION OF VICE CHANCELLOR AND DEAN DEBORAH DEAS** |
| [4-8] | **DECLARATION OF ROBERT T. SCHOOLEY** |
| [4-9] | **DECLARATION OF ROGER M. WAKIMOTO** |
| [4-10] | **EXHIBIT A - PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| [4-11] | **[PROPOSED] ORDER GRANTING PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| [5] | **PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE: MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; DECLARATION OF JENNIFER S. ROMANO IN SUPPORT THEREOF** |
| [5-1] | **[PROPOSED] ORDER GRANTING PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR THE REGENTS' EX** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE
CASE NO. 3:20-CV-04621-JSW

SFACTIVE-905707252.1

| Docket No. | Description |
|---|---|
| [7] | PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| [12] | ORDER GRANTING MOTION TO HEAR REQUEST FOR TRO ON SHORTENED TIME AND SETTING BRIEFING SCHEDULE AND HEARING |
| [13] | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| [14] | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| [14-1] | DECLARATION OF DOE NO. 1 IN SUPPORT OF PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [14-2] | DECLARATION OF DOE NO. 2 IN SUPPORT OF PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [14-3] | DECLARATION OF DOE NO. 3 IN SUPPORT OF PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [14-4] | DECLARATION OF DOE NO. 4 IN SUPPORT OF PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [14-5] | DECLARATION OF KAVITHA IYENGAR IN SUPPORT OF PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [14-6] | PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| [14-7] | EXHIBIT A – RJN |
| [14-8] | EXHIBIT B – RJN |
| [14-9] | EXHIBIT C – RJN |
| [14-10] | EXHIBIT D – RJN |
| [14-11] | EXHIBIT E – RJN |
| [14-12] | EXHIBIT F – RJN |
| [14-13] | EXHIBIT G – RJN |
| [14-14] | [PROPOSED] ORDER GRANTING PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR PRELIMINARY INJUNCTION |
| [15] | PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME RE: MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF JENNIFER S. ROMANO IN SUPPORT THEREOF |
| [15-1] | [PROPOSED] ORDER GRANTING PLAINTIFF THE REGENTS |

| Docket No. | Description |
|---|---|
|  | OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR THE REGENTS' MOTION FOR PRELIMINARY INJUNCTION |
| [16] | PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S ADMINISTRATIVE MOTION FOR DOE NOS. 1 TO 4 TO PROCEED UNDER PSEUDONYM; DECLARATION OF JENNIFER S. ROMANO |
| [16-1] | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR DOENOS. 1 TO 4 TO PROCEED UNDER PSEUDONYM |
|  | **THE FOLLOWING TWO DOCUMENTS WERE FILED IN USDC CASE NO. 4:20-cv-04592-JST** |
| [10] | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| [10-1] | STIPULATION AND [PROPOSED] ORDER GRANTING THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

on the following person(s) in this action:

**Please see attached Service List.**

☐ BY FIRST CLASS MAIL: I am employed in the City and County of Los Angeles where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service

☐ BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

| | | |
|---|---|---|
| 1 | ☐ | **BY FACSIMILE**: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine. |
| 4 | ☒ | **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 14, 2020, at Livermore, California.

Katarina Castillo

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

CERTIFICATE OF SERVICE
CASE NO. 3:20-CV-04621-JSW

SFACTIVE-905707252.1

*The Regents of the University of California v. U.S. Dept. of Homeland Security, et al.*

**USDC Case No. 3:20-cv-04621-JSW**

**SERVICE LIST**

| | |
|---|---|
| Sara Winslow<br>Chief, Civil Division<br>U.S. Attorney's Office, N. Dist. Calif.<br>450 Golden Gate Ave., 9th Floor<br>San Francisco, CA 94102-3495<br>Tel: (415) 436-6925<br>Fax: (415) 436-6748<br>sara.winslow@usdoj.gov | Defendants<br>United States Department of Homeland Security, et al. |

SFACTIVE-905707252.1

CROWELL & MORING LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020 a true copy of the foregoing document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 14, 2020, at Livemore, California.

Katarina Castillo