UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-04592-JST<br><br>**ORDER REQUIRING JOINT STATUS REPORT BY AUGUST 4, 2020**<br><br>Re: ECF No. 18 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-04621-JST |

Pursuant to the parties' agreement, they shall file a further joint status report on or before August 4, 2020.  *See* Case No. 20-cv-4592, ECF No. 18 at 3.

In addition, the parties are reminded that these cases have not been consolidated. Documents applicable to both cases must therefore be filed on the docket for each case.

**IT IS SO ORDERED.**

Dated:  July 23, 2020

_____
JON S. TIGAR
United States District Judge