1    XAVIER BECERRA
     Attorney General of California
2    MICHAEL L. NEWMAN
     Senior Assistant Attorney General
3    DOMONIQUE C. ALCARAZ
     LEE I. SHERMAN
4    JASLEEN SINGH
     MARISSA MALOUFF (SBN #316046)
5    Deputy Attorneys General
     300 S. Spring St., Suite 1702
6     Los Angeles, CA 90013
     Telephone: (213) 269-6467
7     Fax: (213) 897-7605
     E-mail: Marissa.Malouff@doj.ca.gov
8    *Attorneys for Plaintiff State of California*

9

10           IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12               OAKLAND DIVISION

13

| | |
|---|---|
| 14   **STATE OF CALIFORNIA,** | Case No.     4:20-cv-04592-JST |
| | Case No.     3:20-cv-04621-JST |
| 15                Plaintiff, | |
| | **JOINT STATUS REPORT** |
| 16      v. | |
| 17   **U.S. DEPARTMENT OF HOMELAND** | |
| 18   **SECURITY, et al.,** | |
|               Defendants. | |
| 19 | |
| 20   **REGENTS OF THE UNIVERSITY OF** | |
| 21   **CALIFORNIA,** | |
| 22                Plaintiff, | |
| 23      v. | |
| 24   **U.S. DEPARTMENT OF HOMELAND** | |
| 25   **SECURITY, et al.,** | |
| 26               Defendants. | |

27

28

**JOINT STATUS REPORT**

Pursuant to the Court's direction that the parties submit a Status Report by August 4, 2020, the parties report as follows:

1. On July 24, 2020, U.S. Immigration and Customs Enforcement ("ICE") issued a Broadcast Message, stating "ICE continues March Guidance for Fall School Term" and providing that the Student and Exchange Visitor Program (SEVP) should abide by SEVP guidance originally issued in March 2020. The Broadcast Message is at https://www.ice.gov/doclib/sevis/pdf/bcmFall2020guidance.pdf.

2. Also on July 24, 2020, ICE issued Clarifying Questions for Fall 2020 Based on March 9 Spring Guidance Broadcast ("July 24 FAQ"), which is available at https://www.ice.gov/doclib/sevis/pdf/fall2020faq.pdf. The July 24 FAQ provides: "Per the March 2020 guidance, yes, nonimmigrant students may remain in the United States to engage in full course of study online if they have not otherwise violated the terms of their nonimmigrant status since March 9, 2020." In the context of addressing requirements for schools to reissue Forms I-20, the July 24 FAQ refers to the July 6 guidance and July 7 FAQs as "rescinded on July 14."

3. The ICE website still includes a news release dated July 6, 2020, which is consistent with the July 6 and July 7 policies challenged in this action, and includes the directive in the July 6 and July 7 policies that F-1 students in the United States may not take a full course load of online study, and that M-1 students may not take any online courses. As of the time of this filing, the news release continued to be available at: https://www.ice.gov/news/releases/sevp-modifies-temporary-exemptions-nonimmigrant-students-taking-online-courses-during. Defendants note that they have not removed the press release from the website because it was news at the time it was issued, but they have added a banner to the press release directing readers to the COVID-19 guidance page, which was updated on July 15 and does not contain the July 6 or 7 guidance, but does include the March guidance. Defendants also note that they issued a new press release on July 24, 2020 entitled "ICE continues

March guidance for fall school term," which states that "[n]onimmigrant students and schools certified by the Student and Exchange Visitor Program (SEVP) should abide by SEVP guidance originally issued in March 2020." The July 24, 2020 release is available at https://www.ice.gov/news/releases/ice-continues-march-guidance-fall-school-term.

5.   Plaintiffs are continuing to monitor the situation and any remaining impacts of the July 6 and 7 policies and their subsequent rescission, including any enforcement of those policies as to their international students.  Due to differing start dates of the dozens of campuses for the University of California, California State University and California Community Colleges, the parties will submit a further status report on or before Sept 4, 2020.

6.   The parties stipulate to extend the response deadline for the complaint in *State of California v. DHS* (currently September 11, 2020) by one month, to October 13, 2020 (following the federal holiday on Monday, October 12, 2020).

Dated:  August 4, 2020                                          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
DOMONIQUE C. ALCARAZ
LEE I. SHERMAN
JASLEEN SINGH

*/s/ Marissa Malouff*

MARISSA MALOUFF
Deputy Attorneys General
*Attorneys for Plaintiff State of
California in 4:20-cv-04592-JST*

DAVID L. ANDERSON
United States Attorney for the Northern
District of California

*/s/ Sara Winslow*

Sara Winslow
Chief, Civil Division
Sara.winslow@usdoj.gov
Tel: (415) 436-6925
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102-3495
*Counsel for Defendants*

CROWELL & MORING LLP

*/s/ Jennifer S. Romano*

Jennifer S. Romano
A. Marisa Chun
Molly A. Jones

*Attorneys for Plaintiff The Regents of
the University of California in 3:20-cv-
04621-JST*

**ATTESTATION OF SIGNATURE**

I, Jennifer Romano, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern

District of California that concurrence in the filing of this document has been obtained from each

signatory hereto.

*/s/ Jennifer S. Romano*
Jennifer S. Romano

*Attorney for Plaintiff*
*The Regents of the University of*
*California in 3:20-cv-04621-JST*
